

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00054-CV

## IN THE MATTER OF THE MARRIAGE OF
## UMAR IBRAHIM AND UMMI LAWMAN
## AND THE INTEREST OF N.I. AND J.I., CHILDREN

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 98923D

## MEMORANDUM OPINION

Appellant Umar Ibrahim files a Motion of Nonsuit, which we construe as a motion to dismiss under Rule 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). The Court grants the motion, and this appeal is dismissed. Dismissal of this appeal does not prevent a party from seeking relief to which it would otherwise be entitled. *Id.*

REX. D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Dismissed
Opinion delivered and filed September 23, 2020
[OT06]

